# CIVIL CAUSE FOR SETTLEMENT CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE:  9/19/2019          TIME: 2:00 PM          TIME IN COURT: 30 min.

**FILED
CLERK**

CASE:   **Stalter v. Long Island Rail Road Company
2:18-cv-01507-JMA-AYS**

9/19/2019 2:51 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

APPEARANCES:   For Plaintiff: Michael Flynn

For Defendants: Kevin McCaffrey, Martin Schwartzberg

FTR:

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☒ Jury selection and trial on liability scheduled for 12/16/2019 at 9:30 AM.
- ☐ A further status conference is set for  before Judge Azrack.
- ☒ Other: Settlement discussions held.  Case not settled. Joint proposed pretrial order due 11/22/2019.