UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
**GUY STALTER,**

                Plaintiff,

    -against-

LONG ISLAND RAIL ROAD COMPANY,

                Defendant.
-------------------------------------------------------------------X
LONG ISLAND RAIL ROAD COMPANY,

                Third-Party Plaintiff,

    -against-

CASSONE LEASING, INC.,

                Third-Party Defendant.
-------------------------------------------------------------------X

18 CV 1507

**J AZRACK**
**MJ SHIELDS**

STIPULATION
OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties to this action, that no party hereto is an infant or incompetent person for whom a committee has been appointed, that the above entitled action be, and the same is hereby discontinued with prejudice, without costs, disbursements and attorneys' fees to any party as against the other, subject to the performance of the settlement agreement, for which the Court shall retain and have jurisdiction.

An order to effectuate the foregoing may be entered without further notice.

Dated: November 2, 2019

_____
KEVIN P. MCCAFFREY, ESQ
for STEPHEN N. PAPANDON, ESQ.
Attorney for Defendant LIRR
Long Island Rail Road
Law Department 4th Floor
Jamaica, NY 11435

Dated: November 21, 2019

_____
VALERIE J. LAURIELLO, ESQ. (VL 6192)
for FLYNN & LAURIELLO PLLC
Attorney for Plaintiff
5 Penn Plaza – 23rd Floor
New York, New York 10001
212-896-3812

Dated: November 22, 2019

_____
Marshall, Dennehey, Warner Coleman & Goggin, PC
Attorneys for Third-Party Defendant CASSONE by:
Martin A. Schwartz, Esq.
105 Maxess Road Suite 303
Melville, NY 11747

Dated: Central Islip, November    , 2019

SO ORDERED

_____
HONORABLE JOAN M. AZRACK, US DISTRICT JUDGE