UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
**GUY STALTER,**

                 Plaintiff,

    -against-

LONG ISLAND RAIL ROAD COMPANY,

                 Defendant.
-----------------------------------------------------------------X
LONG ISLAND RAIL ROAD COMPANY,

                 Third-Party Plaintiff,

    -against-

CASSONE LEASING, INC.,

                 Third-Party Defendant.
-----------------------------------------------------------------X

18 CV 1507

**J AZRACK**
**MJ SHIELDS**

STIPULATION
OF DISCONTINUANCE

**FILED**
**CLERK**

1/6/2020 2:15 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties to this action, that no party hereto is an infant or incompetent person for whom a committee has been appointed, that the above entitled action be, and the same is hereby discontinued with prejudice, without costs, disbursements and attorneys' fees to any party as against the other, subject to the performance of the settlement agreement, for which the Court shall retain and have jurisdiction.

An order to effectuate the foregoing may be entered without further notice.

Dated: November 2, 2019

_/s/_

KEVIN P. MCCAFFREY, ESQ
for STEPHEN N. PAPANDON, ESQ.
Attorney for Defendant LIRR
Long Island Rail Road
Law Department 4th Floor
Jamaica, NY 11435

Dated: November 21, 2019

_/s/_

VALERIE J. LAURIELLO, ESQ. (VL 6192)
for FLYNN & LAURIELLO PLLC
Attorney for Plaintiff
5 Penn Plaza – 23rd Floor
New York, New York 10001
212-896-3812

Dated: November 22, 2019

_/s/_

Marshall, Dennehey, Warner Coleman & Goggin, PC
Attorneys for Third-Party Defendant CASSONE by:
Martin A. Schwartz, Esq.
105 Maxess Road Suite 303
Melville, NY 11747

    1/6/2020
Dated: Central Islip, ~~November~~ , ~~2019~~
Case closed.
SO ORDERED

   /s/ JMA
_____
HONORABLE JOAN M. AZRACK, US DISTRICT JUDGE